**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 10-20162-1

DONTRELL PADRO BARCLAY,

    Defendant.

                                                      /

**ORDER DECLINING TO ISSUE A MODIFICATION
OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

The matter is before the court on a determination for a possible reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). On January 9, 2012, Defendant Dontrell Barclay filed a letter with the court requesting a modification of his sentence. The court appointed the Federal Defender's Office "to determine eligibility, confer with the Probation Department and the U.S. Attorney's Office, and gather the pertinent information to assist the court in expeditiously resolving any pending or intended 18 U.S.C. § 3582(c) motions." (3/13/2012 Order, Dkt. # 80.) The Probation Office, the Government, and Defendant's counsel have all indicated that Defendant is not eligible for a reduction in his sentence. The court has reviewed the record and agrees with these assessments. Having been sentenced pursuant to the 2010 Federal Sentencing Guidelines Manual, Defendant has already received the benefit of the most recent crack cocaine amendments. Accordingly,

IT IS ORDERED that the court DECLINES to modify Defendant's sentence pursuant to 18 U.S.C. § 3582(c), and the matter is deemed closed.

      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2012, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522