**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 10-CR-20162-3-DT
                                                    13-CV-12521-DT

BARRON HILL,

    Defendant.
                                  /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

In accordance with the court's " Order Granting Defendant's Motion to Vacate Sentence under 28 U.S.C. § 2255' entered on August 14, 2014,"

IT IS ORDERED that the Clerk of the Court close this case.[1]

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: August 14, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 14, 2013, by electronic and/or ordinary mail.

                                             S/Lisa G. Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522.

---

[1]The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.